**FILED**
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC.<br>18801 CR 80<br>Perry, Oklahoma 73077,<br>on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>           Defendants. | Civil Action No. _____<br><br>Case: 1:07-cv-01119<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 6/21/2007<br>Description: Antitrust |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for GVL PIPE & DEMOLITION, INC., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of GVL PIPE & DEMOLITION, INC. that have outstanding securities in the hands of the public:

THERE ARE NONE

3

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 21, 2007        By:        */s/ Benjamin D. Brown*
                                        Michael D. Hausfeld (D.C. Bar #153742)
                                        Benjamin D. Brown (D.C. Bar #495836)
                                        **COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
                                        1100 New York Avenue, N.W.
                                        Suite 500, West Tower
                                        Washington, DC 20005
                                        Phone: (202) 408-4600
                                        Fax: (202) 408-4699

                                        Donald Perelman
                                        **FINE, KAPLAN & BLACK, R.P.C.**
                                        1835 Market Street, 28th Floor
                                        Philadelphia, PA 19103
                                        Phone: (215) 567-6565
                                        Fax: (215) 568-5872

                                        Tim J. Moore
                                        **LAW OFFICES OF MORRIS LAING**
                                        Old Town Square
                                        300 N. Mead, Suite 200
                                        Wichita, KS 67202
                                        Phone: (316) 262-2671
                                        Fax: (316) 262-6226

                                        Steven A. Asher
                                        Robert S. Kitchenoff
                                        **WEINSTEIN, KITCHENOFF & ASHER LLC**
                                        1845 Walnut Street, Suite 1100
                                        Philadelphia, PA 19103
                                        Phone: (215) 545-7200
                                        Fax: (215) 545-6535

                                        Joseph Goldberg
                                        **FREEDMAN BOYD DANIELS HOLLANDER
                                          GOLDBERG & IVES, P.A.**
                                        20 First Plaza, Suite 700
                                        Albuquerque, NM 87102
                                        Phone: (505) 842-9960
                                        Fax: (505) 842-0761

                                        Christopher Hayes, Esq.

225 South Church Street
West Chester, PA 19382
Phone: (610) 431-9505
Fax: (610) 431-1269

*Attorneys for Plaintiff GVL Pipe & Demolition, Inc. and the Proposed Class*