IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated, : : : Plaintiff, : : v. : : ASSOCIATION OF AMERICAN RAILROADS, : BNSF RAILWAY COMPANY, CSX : TRANSPORTATION COMPANY, KANSAS CITY : SOUTHERN RAILWAY COMPANY, NORFOLK : SOUTHERN RAILWAY COMPANY, AND UNION : PACIFIC RAILROAD COMPANY, : Defendants. : : | Civil Action No. 07-CV-01119 (PLF) |

**MOTION OF DONALD L. PERELMAN FOR
ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Donald L. Perelman, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case.  In support of the motion, Mr. Perelman provides his declaration, attached as Exhibit A.

Respectfully submitted on this 27th day of June, 2008.

/s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar No. 153742)
Benjamin D. Brown (D.C. Bar No. 495836)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br>      Defendants. | Civil Action No. 07-CV-01119 (PLF) |

**DECLARATION OF DOANLD L. PERELMAN IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

  I, Donald L. Perelman, make the following declaration pursuant to 28 U.S.C. § 1746:

  1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

  2. I am a partner at Fine, Kaplan and Black, and counsel for GVL Pipe & Demolition, Inc. My office address is 1835 Market Street, 28th Floor, Philadelphia, PA 19103. My business telephone number is (215) 567-6565.

  3. I am a member of the Pennsylania State Bar, No. 38127. I am admitted to practice in the courts of the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the Supreme Court of Pennsylvania.

  4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

  5. I have not been admitted *pro hac vice* in this Court within the last two years.

6.   I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.   The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26 day of June, 2008, at Philadelphia, PA.

_____
Donald L. Perelman (Pa. #38127)
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Phone: (215) 567-6565
Facsimile: (215) 568-5872
E-mail: dperelman@finekaplan.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY, : <br> Defendants. : | Civil Action No. 07-CV-01119 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion of Donald L. Perelman made pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of June, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge